992

*Paul W. Williams,* Special Assistant Attorney General, and *Edward L. Ryan,* Assistant Attorney General, for the State of New York, petitioners.

No. 480, Misc.  WALDER *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari granted.  Petitioner *pro se.*  *Acting Solicitor General Stern* for the United States.

No. 506.  ACCINANTO, LTD. ET AL. *v.* A/S J. LUDWIG MOWINCKELS REDERI ET AL.  C. A. 4th Cir.  Certiorari denied.  *Henry N. Longley* and *George W. P. Whip* for petitioners.  *Harold S. Deming, William A. Grimes* and *Wharton Poor* for respondents.

No. 631.  CONTINENTAL CASUALTY Co. *v.* THE BENNY SKOU.  C. A. 4th Cir.  Certiorari denied.  *R. Arthur Jett* for petitioner.  *Thos. M. Johnston* for respondent.

No. 707.  SCOTT PUBLISHING Co. ET AL. *v.* GAFFNEY.  Supreme Court of Washington.  Certiorari denied.  *J. Kennard Cheadle* for petitioners.

No. 738.  SPIKINGS *v.* WABASH RAILROAD Co.  C. A. 7th Cir.  Certiorari denied.  *William C. Wines* for petitioner.  *Elmer W. Freytag* for respondent.

No. 741.  ATLANTIC COAST LINE RAILROAD Co. *v.* BROTHERHOOD OF RAILWAY AND STEAMSHIP CLERKS, FREIGHT HANDLERS, EXPRESS AND STATION EMPLOYEES, ET AL.  C. A. 4th Cir.  Certiorari denied.  *Charles Cook*

*Howell, M. V. Barnhill, Jr., F. S. Spruill, Donald R. Richberg* and *Delmar W. Holloman* for petitioner. *Clarence M. Mulholland* and *Edward J. Hickey, Jr.* for respondents.

No. 746. SCHNEIDER *v.* GALLAGHER, SHERIFF. Supreme Court of California. Certiorari denied. *Lloyd E. McMurray* for petitioner.

No. 751. PEARCE *v.* PREVIEWS, INCORPORATED. C. A. 5th Cir. Certiorari denied. *Claude Pepper* for petitioner. *Manley P. Caldwell, Madison F. Pacetti* and *H. Elmo Robinson* for respondent.

No. 752. YGLESIAS *v.* GULFSTREAM PARK RACING ASSOCIATION, INC. C. A. 5th Cir. Certiorari denied. *Claude Pepper* and *J. M. Flowers* for petitioner. *William Gresham Ward* for respondent.

No. 753. YGLESIAS *v.* GULFSTREAM PARK RACING ASSOCIATION, INC. C. A. 5th Cir. Certiorari denied. *Claude Pepper* and *J. M. Flowers* for petitioner. *William Gresham Ward* for respondent.

No. 754. POLLOCK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Llewellyn A. Luce* and *Walter H. Maloney* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack* and *Joseph M. Howard* for the United States.

No. 755. REPORTER PUBLISHING Co., INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied. *James M. Barnes* for petitioner. *Acting*